UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY ZAPATA,

    Plaintiff,

v.                                Case No:  2:24-cv-587-JLB-KCD

DISCOVER and
REPRESENTATIVES,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice for Plaintiff's failure to pay the required filing fee or file an amended motion to proceed *in forma pauperis*, and for failure to comply with the Court's orders as detailed in the Report and Recommendation. (Doc. 10).  No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the required filing fee or file an amended motion to proceed *in forma pauperis*, and for failure to comply with the Court's orders as detailed in the Report and Recommendation.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on September 20, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE